1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2758

**FILED**

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 12-SW-227-GGH |
| ) | |
| 500 Ridge Creek Lane, ) | |
| Patterson, CA. ) | [PROPOSED] ORDER |
| ) | FOR UNSEALING WARRANT AND |
| ) | SEARCH WARRANT AFFIDAVIT |
| ) | |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 23, 2012

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge